

AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2010

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Campbell, David G. | 2. Court or Organization<br><br>District Court - Arizona | 3. Date of Report<br><br>05/30/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>401 West Washington<br>Suite 623, SPC 58<br>Phoenix, AZ 85003-2156 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director, Secretary | Family Foundation |
| 2. Trustee | Trust # 1 |
| 3. Trustee | Trust # 2 |
| 4. Trustee | Trust # 3 |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Campbell, David G.**

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 05/30/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 05/30/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 05/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 2. JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 3. JP Morgan Chase Bank Account | A | Interest | J | T | | | | | |
| 4. Wells Fargo Bank IRA | A | Interest | J | T | | | | | |
| 5. Wells Fargo Bank IRA | A | Interest | J | T | | | | | |
| 6. Wheeler Machinery Notes Payable | D | Interest | M | T | | | | | See note 4, Part VIII |
| 7. El Dorado Investments, LLC | A | Distribution | O | U | | | | | See note 2, Part VIII |
| 8. -- El Dorado Property, Salt Lake City, Utah | | None | P2 | U | | | | | See note 2, Part VIII |
| 9. -- El Dorado Property, Ogden, Utah | | None | O | U | | | | | See note 2, Part VIII |
| 10. -- El Dorado Property, Cedar City, Utah | | None | P1 | U | | | | | See note 2, Part VIII |
| 11. -- El Dorado Property, Salina, Utah | | None | O | U | | | | | See note 2, Part VIII |
| 12. -- El Dorado Property, Hurricane, Utah | | None | P2 | U | | | | | See note 2, Part VIII |
| 13. -- El Dorado Property, Lindon, Utah | | None | O | U | | | | | See note 2, Part VIII |
| 14. -- El Dorado Property, Salt Lake City, Utah | | None | P1 | U | | | | | See note 2, Part VIII |
| 15. -- El Dorado Property, Vernal, Utah | | None | O | U | | | | | See note 2, Part VIII |
| 16. Exxon Mobil Common Stock | A | Dividend | M | T | | | | | |
| 17. Bank of America Common Stock | A | Dividend | K | T | | | | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 05/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. IRA | | | | | | | | | |
| 19. -- Schwab Deposit Account | A | Interest | M | T | | | | | |
| 20. -- Schwab Investor Money Fund | A | Interest | | | Closed | 06/18/10 | J | A | |
| 21. -- DFA Emerging Markets Port | A | Dividend | K | T | Buy | 06/18/10 | K | | |
| 22. -- DFA Intl Small Company | A | Dividend | K | T | Buy | 06/18/10 | K | | |
| 23. -- DFA Large Cap Intl Port | A | Dividend | L | T | Buy | 06/18/10 | L | | |
| 24. -- DFA Large Cap Value | A | Dividend | M | T | Buy | 06/18/10 | M | | |
| 25. -- DFA U.S. Small Cap Value | | None | L | T | Buy | 06/18/10 | L | | |
| 26. -- Ishares TR Barclays Bond | A | Dividend | L | T | Buy | 06/18/10 | L | | |
| 27. -- Powershs DB Commdty Indx | A | Interest | K | T | Buy | 06/18/10 | K | | |
| 28. -- Spdr Dow Jones REIT | A | Dividend | K | T | Buy | 06/18/10 | K | | |
| 29. -- Vanguard Bond Index Fund, Intermediate | B | Dividend | | | Buy | 06/18/10 | M | | |
| 30. | | | | | Sold | 12/02/10 | M | C | |
| 31. -- Vanguard Bond Index Fund, Short Term | A | Distribution | L | T | Buy | 06/18/10 | L | | |
| 32. -- Vanguard Growth | A | Dividend | M | T | Buy | 06/18/10 | M | | |
| 33. MetLife Investors - Guarantee Adv UL Policy | D | Interest | M | T | | | | | |
| 34. Trust # 1 | | None | O | W | | | | | See note 1, Part VIII |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Campbell, David G. | 05/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Trust # 2 | | | | | | | | | See note 1, Part VIII |
| 36. -- Wheeler Machinery Note Payable | C | Interest | M | T | | | | | See note 4, Part VIII |
| 37. Trust # 3 | | | | | | | | | See note 1, Part VIII |
| 38. -- Wheeler Machinery Note Payable | C | Interest | M | T | | | | | See note 4, Part VIII |
| 39. Morningstar managed portfolio (mutual funds) | | | | | | | | | See note 3, Part VIII |
| 40. -- Calamos Growth A | A | Dividend | | | Sold | 08/30/10 | K | A | |
| 41. -- Baron Growth | A | Dividend | | | Sold | 08/30/10 | J | A | |
| 42. -- Perkins Midcap Value Investor | A | Dividend | | | Sold | 08/30/10 | K | A | |
| 43. -- Artisian International Inv | A | Dividend | | | Sold | 08/30/10 | K | B | |
| 44. -- Vanguard High Yield Tax Exempt | A | Interest | | | Sold | 08/30/10 | K | A | |
| 45. -- Cambiar Opportunity Inv | A | Dividend | | | Sold | 08/30/10 | L | A | |
| 46. -- MainStay ICAP Select Equity | A | Dividend | | | Sold | 08/30/10 | L | A | |
| 47. -- Third Avenue Real Estate Value | A | Dividend | | | Sold | 08/30/10 | J | A | |
| 48. -- Diamond Hill Small Cap A | A | Dividend | | | Sold | 08/30/10 | K | A | |
| 49. -- Wells Fargo Adv Mun Bnd Inv | A | Interest | | | Sold | 08/30/10 | L | A | |
| 50. -- Artio Int'l Equity II | A | Dividend | | | Sold | 08/30/10 | K | B | |
| 51. -- Dodge & Cox Global Stock Fund | A | Dividend | | | Sold | 08/30/10 | K | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 05/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Champlain Mid Cap Adv | A | Dividend | | | Sold | 08/30/10 | K | C | |
| 53. -- Edgewood Growth Instl | A | Dividend | | | Sold | 08/30/10 | K | B | |
| 54. -- Diamond Hill Long-Short A | A | Dividend | | | Sold | 08/30/10 | K | A | |
| 55. -- Western Asset Inst Mui MM A | A | Interest | | | Sold | 08/30/10 | J | A | |
| 56. -- Aston/River Small Cap Value N | A | Dividend | | | Sold | 08/30/10 | K | C | |
| 57. -- T. Rowe Price Tax Free Short-Interm | | Interest | | | Sold | 08/30/10 | K | A | |
| 58. -- Nakoma Absolute Return | | | | | Sold | 08/30/10 | K | A | |
| 59. Merrill Lynch Mutual Fund Advisor Account | | | | | | | | | See note 3, Part VIII |
| 60. -- Janus Forty Fd Cl A | A | Dividend | | | Sold | 08/30/10 | J | B | |
| 61. -- Jennison Small Company Fund Cl Z | A | Dividend | | | Sold | 02/15/10 | J | A | See note 5, Part VIII |
| 62. -- Harbor Int'l Fund Inv CL | A | Dividend | | | Sold (part) | 07/09/10 | J | A | |
| 63. | | | | | Sold | 09/17/10 | J | A | |
| 64. -- Ivy Asset Strategy Fund | A | Dividend | | | Sold | 09/17/10 | J | A | |
| 65. -- Columbia Value & Restructuring Fund | A | Dividend | | | Sold (part) | 07/09/10 | J | A | |
| 66. | | | | | Sold | 09/17/10 | J | B | |
| 67. -- Hartford Capital Appr Fund Cl I | A | Dividend | | | Sold | 09/17/10 | J | B | |
| 68. -- Oppenheimer Gold and Special Minerals Fund | A | Dividend | | | Sold (part) | 07/09/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 05/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. | | | | | Sold | 09/17/10 | J | B | |
| 70.  -- Pimco Emerging Local Bond Fund | A | Dividend | | | Buy | 05/06/10 | J | | |
| 71. | | | | | Sold | 09/17/10 | J | A | |
| 72.  -- TCW Total Return Bond Fd Cl I | A | Dividend | | | Sold | 05/06/10 | J | A | |
| 73.  Mutual Fund and Other Investments | | | | | | | | | |
| 74.  -- Thornburg Int'l Value Fund CL I | A | Dividend | J | T | | | | | See note 6, Part VIII |
| 75. | | | | | Sold (part) | 07/09/10 | J | A | |
| 76.  -- Eaton Vance Large Cap | A | Dividend | J | T | | | | | See note 7, Part VIII |
| 77. | | | | | Sold (part) | 07/09/10 | J | A | |
| 78.  -- Pimco Total Reurn Fund | A | Dividend | J | T | | | | | See note 8, Part VIII |
| 79.  -- DFA Emerging Markets Port | A | Dividend | K | T | Buy | 09/21/10 | K | | |
| 80.  -- DFA Intl Small Company | A | Dividend | J | T | Buy | 09/21/10 | J | | |
| 81.  -- DFA Large Cap Intl Port | A | Dividend | K | T | Buy | 09/21/10 | K | | |
| 82.  -- DFA Large Cap Value | A | Dividend | L | T | Buy | 09/21/10 | L | | |
| 83.  -- Ishares TR Barclays Bond | A | Dividend | M | T | Buy | 09/21/10 | M | | |
| 84.  -- Powershs DB Commdty Indx | A | Interest | K | T | Buy | 09/21/10 | K | | |
| 85.  -- Spdr Dow Jones REIT | A | Dividend | J | T | Buy | 09/21/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Campbell, David G. | 05/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. -- Vanguard Bond Index Fund, Intermediate | B | Dividend | | | Buy | 09/21/10 | M | | |
| 87. | | | | | Sold | 12/02/10 | M | A | |
| 88. -- Vanguard Bond Index Fund, Short Term | A | Dividend | L | T | Buy | 09/21/10 | L | | |
| 89. -- Vanguard Growth | A | Dividend | L | T | Buy | 09/21/10 | L | | |
| 90. -- Vanguard Small Cap Growth | A | Dividend | J | T | Buy | 09/21/10 | J | | |
| 91. -- Vanguard Small Cap Value | B | Dividend | L | T | Buy | 09/21/10 | L | | |
| 92. Northwestern Mutual whole life policy | D | Dividend | M | T | | | | | |
| 93. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 94. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 95. Northwesetern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 96. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 97. Northwestern Mutual 65Life policy | A | Dividend | J | T | | | | | |
| 98. MJC Investments LLC | A | Distribution | M | W | | | | | |
| 99. Water rights, Carbon County, Utah | | None | L | W | | | | | |
| 100. Interquest Ventures LLC | | None | K | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1: Trust 1 is ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓I. Trusts 2-3 are college education trusts that hold the assets listed below each trust.

Note 2: The property listed on lines 8-15 is rental property owned by El Dorado Investments, LLC, ▓▓▓ investment business owned collectively by five individuals and a ▓▓▓-related LLC. Rent is paid to El Dorado, mixed with rental income from the other properties, and used to pay expenses for the properties and general expenses of El Dorado. After expenses are paid, income or loss is attributed to El Dorado owners for tax purposes, and some distributions are made to owners. Total income attributed to me from El Dorado for 2010, and the value of my ownership interest in El Dorado, are shown on line 7. I receive no rental payments directly from any of the properties listed on lines 8-15.

Note 3: In June 2010, we changed investment advisors. As a result, all of the Morningstar investments were sold on 8/30/2010, and the Merrill Lynch investments were sold on the dates indicated or transferred as mentioned in Notes 6-8.

Note 4: For the notes payable in lines 6, 36, and 38, the debtor is Wheeler Machinery Company. The notes are simple demand notes bearing market interest rates.

Note 5: The precise sale date for this investment is not clear from the broker records, but it clearly was sold in February of 2010. As a result, I have noted a sale date of 2/15/10 as an estimate.

Note 6: This invvestment previously was held in the Merrill Lynch account and was shown on line 69 of last year's report. The investment was transferred when the inverstment advisor change occurred as mentioned in Note 3.

Note 7: This invvestment previously was held in the Merrill Lynch account and was shown on line 73 of last year's report. The investment was transferred when the inverstment advisor change occurred as mentioned in Note 3.

Note 8: This invvestment previously was held in the Merrill Lynch account and was shown on line 76 of last year's report. The investment was transferred when the inverstment advisor change occurred as mentioned in Note 3.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ David G. Campbell

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544